UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                                                                  Chapter 11

QUIMERA RESTAURANT GROUP, LLC

                                               Debtor.                          Case No. 18-
---------------------------------------------------------X

### CORPORATE OWNERSHIP AND DISCLOSURE STATEMENT PURSUANT TO BANKRUPTCY RULES 1007(A)(1) AND 7007.1 and LOCAL RULE 1073-3

Debtor Quimera Restaurant Group LLC, files this Corporate Ownership and Disclosure Statement pursuant to rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure and local rule 1073-3, and states that Hector Sanz-Izquierdo owns 100% of the membership interest in the Debtor and no other corporation owns, directly or indirectly, 10% or more of any class of equity interests.

April 9, 2018                                                          QUIMERA RESTAURANT GROUP LLC

                                                                              _____
                                                                              By: Hector Sanz-Izquierdo, Member